[No. 51777-5-I. Division One. December 22, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. VADIM IVANOVICH DUTKA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03986-3, Marilyn Sellers, J. Pro Tem., entered January 8, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51919-1-I. Division One. December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. H.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-03536-3, Dale B. Ramerman and LeRoy McCullough, JJ., and Mariane Spearman, J. Pro Tem., entered February 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51976-0-I. Division One. December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. M.O., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-03926-1, Dale B. Ramerman, J., entered March 7, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 51978-6-I. Division One. December 22, 2003.]

CHRISTOPHER WISE, ET AL., *Appellants*, v. BURNS INTERNATIONAL SECURITY SERVICES CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-13175-5, Dean Scott Lum, J., entered February 8, 2003. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Kennedy, JJ.